UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>TYLER MICHIE,<br><br>                              Defendant. | 24 Cr. 00043 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court will hold an initial conference in this matter on **February 8, 2024** at **11:30 a.m.** in Courtroom 12B, 500 Pearl Street, New York, New York. At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials. Counsel for the parties shall consult in advance and agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

    SO ORDERED.

Dated: January 25, 2024
       New York, New York

                                                                            *Jennifer H. Rearden*
                                                                            JENNIFER H. REARDEN
                                                                            United States District Judge