UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  -v.-<br><br>TYLER MICHIE,<br><br>                      Defendant. | 24 Cr. 43 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court hereby sets the following dates and deadlines:

1. Trial will commence on **August 6, 2024** at **9:30 a.m.**

2. Defendant's pretrial motions shall be filed by **May 13, 2024**; oppositions shall be filed by **May 27, 2024**; and any replies shall be filed by **June 3, 2024**.

3. Any motions *in limine*, proposed *voir dire*, requests to charge, and proposed verdict forms shall be filed by **June 17, 2024**.  Any oppositions to those materials shall be filed by **June 24, 2024**, and any replies by **June 28, 2024**.  The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

4. A final pretrial conference will be held on **July 31, 2024** at **10:00 a.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: February 13, 2024
       New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge