UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>TYLER MICHIE,<br><br>                    Defendant. | 24 Cr. 00043 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    The Court has been informed that Defendant Tyler Michie may wish to enter a change of plea.  Accordingly, on **March 12, 2024** at **11:45 a.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                                            _____
                                                            JENNIFER H. REARDEN
                                                            United States District Judge