UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>TYLER MICHIE,<br><br>                               Defendant. | 24 Cr. 00043 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Due to a conflict in connection with another criminal matter, Defendant's sentencing is hereby adjourned to **July 31, 2024** at **11:30 a.m.**

SO ORDERED.

Dated: June 26, 2024
　　　　New York, New York

_____
JENNIFER H. REARDEN
United States District Judge