



| NEW JERSEY OFFICE | | NEW YORK OFFICE |
|---|---|---|
| 06 POMPTON AVENUE, SUITE 25 | | 347 5TH AVENUE, SUITE 1402 |
| CEDAR GROVE, NJ 07009 | LORRAINE@LGRLAWGROUP.COM | NEW YORK, NY 10016 |
| (973) 239-4300 | WWW.LGAULIRUFO.COM | (646) 205-2259 |
| | FAX: (973) 239-4310 | |

July 11, 2024

*Via ECF*
Hon. Jennifer H. Rearden
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

*[signature]*
Jennifer H. Rearden, U.S.D.J.
Date: July 11, 2024

Re: USA v. Tyler Michie
    Case No. 24-cr-43

Dear Judge Rearden,

    I am writing to respectfully request permission from the Court to supplement the defense's sentencing submission. After receiving the government's sentencing submission and reviewing additional discovery the government provided to us, we deem it necessary to address two allegations raised in the government's submission that we feel will have an impact on Mr. Michie's sentencing. We therefore respectfully request permission to file a short supplemental submission, which we can file expeditiously.

    Your Honor's time and consideration is greatly appreciated.

Respectfully submitted,

*[signature]*

Lorraine Gauli-Rufo,
*Attorney for Tyler Michie*

cc: Jun Xiang, AUSA