UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -v.-<br><br>TYLER MICHIE,<br><br>                Defendant. | 24 Cr. 43 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Defendant Michie's sentencing is scheduled for August 7, 2024 at 11:00 a.m.

In light of the parties' dispute regarding the circumstances surrounding Mr. Michie's arrest, *see* ECF Nos. 28, 29, it is hereby ORDERED that, by **12:00 p.m.** on **August 6, 2024**, each party shall file a letter addressing whether a *Fatico* hearing is required. If any other factual disputes may necessitate a *Fatico* hearing, the parties must so indicate in their letters.

SO ORDERED.

Dated: August 5, 2024
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge